```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>USA</u>

    v.                             Criminal No. 07-cr-69-01-SM

<u>Ryan Cheney</u>

                           <u>ORDER</u>

    Re: Document No. 18, (construed as) Motion for Transcript at Government Expense

    Ruling:

    Denied. Defendant seeks a copy of the "record of proceedings" in his criminal case, in anticipation of filing a motion for relief under 28 U.S.C. ss 2255. The clerk shall provide defendant with a copy of the docket sheet pertaining to defendant's case. To the extent defendant actually seeks a free transcript of his guilty plea hearing and sentencing hearing, that motion is denied. The motion does not articulate any specific need for a transcript, but merely suggests that defendant would like to review a transcript in the hope of identifying issues to be raised in a Section 2255 petition. A transcript provided at government expense is not available under such circumstances. See, e.g. Ellis v. State of Maine, 448 F.2d 1325, 1327 (1st Cir. 1971); 28 U.S.C. ss 753(f).

                                        /s/ Steven J. McAuliffe
                                        Steven J. McAuliffe
                                        Chief Judge

Date: March 20, 2008

cc: Ryan Cheney, pro se